the city of Decatur is an action against the civil city or municipal corporation and not against the school corporation, and hence the words "Indiana, a municipal corporation" following the words "The City of Decatur" are descriptive only and unnecessary.

For the reasons indicated appellant is permitted and authorized to amend his assignment of error in the respect herein indicated, any additional costs in this court occasioned thereby, including cost of printing any additional briefs by appellee to be taxed to and paid by appellant.

REPORTER'S NOTE: The above opinion should properly have been reported in Vol. 56 of the Appellate Court Reports but for reasons unknown to the present Reporter the existence of this opinion has not been discovered until the present time.

---

## BALCH v. BALCH.

[No. 10,685. Filed January 27, 1921.]

From Vigo Superior Court; *John E. Cox*, Judge.

Action between Bessie E. Balch and William E. Balch. From the judgment rendered, the latter appeals. *Affirmed.*

*McNutt, Wallace, Harris & Randel, Charles J. Orbison* and *Buena V. Marshall,* for appellant.
*Miller & Kelley,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## VONDERSAAR v. FORT.

[No. 10,518. Filed October 27, 1920. Rehearing denied January 28, 1921.]

From Marion Superior Court (A 1,069); *W. W. Thornton,* Judge.

Action between George Vondersaar, etc., and Zadoc J. Fort, etc. From the judgment rendered, the former appeals. *Affirmed.*

*William A. Pickens, Linton H. Cox* and *Earl R. Conder,* for appellant.
*Charles Martindale,* for appellee.

PER CURIAM.—Judgment affirmed.